IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SECURE MATRIX LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00139-DC-DTG |
| **MCCOY CORPORATION,** | § | |
| *Defendant,* | § | |

**ORDER GRANTING UNOPPOSED MOTION
TO RESET INITIAL PRETRIAL CONFERENCE (ECF NO. 19)**

Before the Court is Plaintiff Secure Matrix LLC's Unopposed Motion to Reset the Court's Initial Pretrial Conference (ECF No. 19). This case is currently set for an in-person initial pretrial conference on May 28, 2025 at 2:00 p.m. Plaintiff's Counsel, Mr. Benjamin C. Deming, has notified the Court that he has an unavoidable conflict—several of Mr. Deming's cases are set for an in-person scheduling conference before the Honorable United States District Judge Rodney Gilstrap at 1:30 p.m. on May 28, 2025. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the in-person Initial Pretrial Conference scheduled for 2:00 p.m. on May 28, 2025 is **CANCELLED** and **RESET** to 2:00 p.m. on Wednesday, June 25, 2025.

**SIGNED** this 14th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE